# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEROME KENDALL BROOKS**                                         **PLAINTIFF**

v.                              No. 3:21-cv-00245-DPM

**SHANE ROGERS, Supervisor,
Newport Police Department;
MARK HARMONY, Detective,
Newport Police Department;
MATTHEW DUVALL, Detective,
Newport Police Department;
CYNTHIA BRANDON, Field
Officer, Department of Human
Services**                                                       **DEFENDANTS**

## ORDER

1. Brooks hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 7 January 2022. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Brooks an application to proceed *in forma pauperis*. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Brooks will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

7 December 2021