# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEROME KENDALL BROOKS**                                   **PLAINTIFF**
**#578851**

v.                        No. 3:21-cv-00245-DPM

**SHANE ROGERS**, Supervisor,
Newport Police Department;
**MARK HARMONY**, Detective,
Newport Police Department;
**MATTHEW DUVALL**, Detective,
Newport Police Department;
**CYNTHIA BRANDON**, Field
Officer, Department of Human
Services                                                            **DEFENDANTS**

## ORDER

Brooks hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2022