IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEROME KENDALL BROOKS  
#578851                                                                                       PLAINTIFF

v.                                  No. 3:21-cv-00245-DPM

SHANE ROGERS, Supervisor,  
Newport Police Department;  
MARK HARMONY, Detective,  
Newport Police Department;  
MATTHEW DUVALL, Detective,  
Newport Police Department;  
CYNTHIA BRANDON, Field  
Officer, Department of Human  
Services                                                         DEFENDANTS

## JUDGMENT

Brooks's complaint is dismissed without prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

31 January 2022